IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

BRANDON COLOM,
       Plaintiff,

v.                                                 No. 1:12CV1160 JDB egb

WASTE MANAGEMENT INC. OF TENNESSEE,

       Defendants.

_____

**ORDER ADMINISTRATIVELY CLOSING CASE**
_____

       This court, having been advised by counsel for the parties that settlement has been reached on all matters in this case, directs that this action be DISMISSED. Furthermore, any pending motions are DENIED as moot and all proceedings currently set before the court are removed from the court's calendar.

       The dismissal granted herein shall be without prejudice for a period of 30 days from the entry of this order. If settlement is not consummated within that 30 day period, the parties may reopen this action upon motion approved by the court. Should the parties fail to move to reopen the case within the prescribed period, the matter shall, without further order, stand dismissed <u>with</u> prejudice.

       **IT IS SO ORDERED** this 3rd day of June, 2013.


                                        <u>s/ J. Daniel Breen</u>
                                        J. DANIEL BREEN
                                  UNITED STATES DISTRICT JUDGE